## In re ALDEN ELECTRIC CO.

(Circuit Court of Appeals, Seventh Circuit. April 14, 1903.)

### No. 986.

1. BANKRUPTCY—DISMISSAL OF APPEAL—FAILURE TO FILE TRANSCRIPT.
Where the record on appeal from an order allowing a claim is not filed within the time allowed by law, nor any application made for an extension of the time, the appeal will be dismissed.

Appeal from the District Court of the United States for the Northern District of Illinois, in Bankruptcy.

Motion by trustee in bankruptcy of the Illinois Insulated Wire Company, the appellee, to dismiss the appeal, and motion by the Equitable Trust Company, trustee of the Alden Electric Company, bankrupt, for enlargement of time in which to file transcript of record.

Wm. K. Lowry, for appellant.

E. W. Moore, for appellee.

Before JENKINS, GROSSCUP, and BAKER, Circuit Judges.

PER CURIAM. This appeal is from an order of the District Court, made January 21, 1903, allowing the claim of the appellee

¶1. Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.

against the estate of the bankrupt. Within 10 days from the order of allowance a petition for appeal was filed by the trustee of the bankrupt. On February 20th an order was entered by the District Court nunc pro tunc, as of January 31st, allowing the appeal. No return has been filed in this court, the cause being docketed upon a certificate of the clerk of the court below stating the facts of the allowance of the claim and of the petition for appeal and its allowance by the court. The return should have been filed in this court by the 2d day of March, 1903, but no such return was made, and no application was made to any judge of this court for an enlargement of the time to make that return, until this motion now presented, filed in this court more than 40 days after the return should have been filed.

It has been held by this court in West v. Irwin, 54 Fed. 419, 4 C. C. A. 401, that an order extending the time for filing the record on appeal, made after the time had expired, is ineffective. The motion to dismiss was filed before the motion for an extension of time and before the filing of any return, and within the decision cited we are constrained to dismiss this appeal.